October 21, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00075-CV

SIGNAD, LTD., Appellant

V.

TEXAS DEPARTMENT OF TRANSPORTATION, Appellee

This cause, an appeal from the judgment in favor of appellee, Texas Department of Transportation, signed April 30, 2024, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, SignAd, Ltd., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered October 21, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.